UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11-cv-601 |
| v. | ) ) ) | **COMPLAINT** |
| PINE VIEW LIVING, INC., | ) ) | (Jury Trial Demand) |
| Defendant. | ) ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Rae L. Anderson, who was adversely affected by such practices.

As alleged with greater particularity below, Pine View Living, Inc. violated Title VII when it retaliated against Anderson by terminating her employment after she filed a complaint with the Equal Employment Opportunity Commission and the State of Wisconsin Equal Rights Division in which she alleged that Pine View had discriminated against her on the basis of race and retaliation.

JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were, and are now being, committed within the jurisdiction of the United States District Court for the Western District of Wisconsin.

## PARTIES

3. The plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with administering, interpreting, and enforcing Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, defendant Pine View Living, Inc. ("Pine View") has continuously been a Wisconsin corporation doing business in the State of Wisconsin and the City of Sun Prairie, and has continuously had at least 15 employees.

5. At all relevant times, Pine View has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Rae L. Anderson filed a charge with the EEOC alleging violations of Title VII by Pine View. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least 2009, Pine View engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), when it retaliated against Rae L. Anderson because she filed a complaint with the EEOC and the State of Wisconsin Equal Rights Division on or about March 6, 2009, in which she alleged that Pine View had discriminated against her on the basis of race and retaliation.

8. The effect of the practices complained of in Paragraph 7 above has been to deprive Rae L. Anderson of equal employment opportunities, and to otherwise adversely affect her status as an employee, because of retaliation.

9. The unlawful employment practices complained of in Paragraph 7 above were intentional.

10. The unlawful employment practices complained of in Paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Rae L. Anderson, who was adversely affected by such practices based on retaliation.

## PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Pine View and its officers, successors, and assigns, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of retaliation.

B. Order Pine View to institute and carry out policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices.

C. Order Pine View to make whole Rae L. Anderson by providing appropriate back pay with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including rightful-place reinstatement.

D. Order Pine View to make whole Rae L. Anderson by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 7 above, in amounts to be determined at trial.

  E. Order Pine View to make Rae L. Anderson whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in Paragraph 7 above, including (but not limited to) emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Pine View to pay Rae L. Anderson punitive damages for its malicious and reckless conduct described in Paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the EEOC its costs of this action.

JURY TRIAL DEMAND

  The EEOC requests a jury trial on all questions of fact raised by its complaint.

          P. David Lopez
          General Counsel

          Gwendolyn Young Reams
          Associate General Counsel

          EQUAL EMPLOYMENT OPPORTUNITY
            COMMISSION
          1801 L Street, N.W.
          Washington, D.C.  20507

Dated:  August 29, 2011     s/ *John C. Hendrickson*_____
          John C. Hendrickson
          Regional Attorney

Dated:  August 29, 2011     s/ *Jean P. Kamp*_____
          Jean P. Kamp
          Associate Regional Attorney

          EQUAL EMPLOYMENT OPPORTUNITY
            COMMISSION
          Chicago District Office
          500 West Madison Street - Suite 2800
          Chicago, IL  60661

                                                *Telephone*:   (312) 353-7719  
                                                *E-mail*:     john.hendrickson@eeoc.gov  
                                                *E-mail*:     jean.kamp@eeoc.gov

Dated:  August 29, 2011         s/ *Dennis R. McBride*_____  
                                                Dennis R. McBride  
                                                Senior Trial Attorney

                                                EQUAL EMPLOYMENT OPPORTUNITY  
                                                     COMMISSION  
                                                Milwaukee Area Office  
                                                310 West Wisconsin Avenue - Suite 800  
                                                Milwaukee, WI  53203-2292  
                                                *Telephone*:  (414) 297-4188    *Fax*:  (414) 297-3146  
                                                *E-mail*:      dennis.mcbride@eeoc.gov